UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark E. King,   Case No. 16-cv-1184

   Plaintiff

 v.   MEMORANDUM OPINION

Commissioner of Social Security,

   Defendant

Before the Court is the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg filed on March 23, 2017, in the above-entitled action. (Doc. No. 12). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citations omitted); *see also* 28 U.S.C.A. § 636(b)(1) (effective Dec. 1, 2009). In this case, the fourteen day period has elapsed and neither party has objected.

The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety as the Order of the Court. The Commissioner's

decision is supported by substantial evidence. Accordingly, the decision of the Commissioner is affirmed and the matter dismissed.

So Ordered.

s/ Jeffrey J. Helmick<br>
United States District Judge